**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-2465**

───────────

KAREN WILLIAMS,

Plaintiff - Appellant,

v.

ALICIA SMITH, HCV Specialist of Raleigh Housing Authority; STEPHANIE BECHAM, HCV Specialist Manager of Raleigh Housing Authority,

Defendants - Appellees.

───────────

**No. 25-2467**

───────────

KAREN WILLIAMS,

Plaintiff - Appellant,

v.

ALICIA SMITH, HCV Specialist; STEPHANIE BECHAM, HCV Specialist Manager,

Defendants - Appellees.

───────────

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:24-cv-00674-BO-KS; 5:24-cv-00681-BO-KS)

───────────

2

Submitted:  April 23, 2026                                    Decided:  April 27, 2026

_____

Before NIEMEYER, THACKER, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Karen Williams, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Karen Williams appeals the district court's orders granting Defendants' Fed. R. Civ. P. 12(b)(4) and (5) motions and dismissing her consolidated civil actions for failure to effect proper service. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Williams' informal briefs do not challenge the basis for the district court's disposition, she has forfeited appellate review of the court's orders.[*] *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgments. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] In the action undergirding appeal No. 25-2467, the district court initially adopted the recommendation of the magistrate judge and dismissed a portion of Williams' claims before consolidating the actions. Williams does not challenge this dismissal ruling on appeal.

3